

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00137-CV
_____

AAA ALL AMERICAN AUTO GLASS, INC. D/B/A AUTO GLASS INSTALLATION
D/B/A ALL GLASS INSTALLATION, APPELLANT

V.

TOP FLIGHT STEEL, INC. AND CASEY SOBHANI
D/B/A ALL GLASS INSTALLATION, APPELLEES

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV22-05-358, Honorable Brock Smith, Presiding

June 9, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, AAA All American Auto Glass, Inc. d/b/a Auto Glass Installation d/b/a ALL Glass Installation, appeals from the trial court's *Amended Final Judgment*.[1] The clerk's record was due May 19, 2025, but was not filed due to Appellant's failure to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter on May

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

20, 2025, we directed Appellant to pay for the clerk's record by June 2 or the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Appellant has not made payment arrangements for the clerk's record, filed a response addressing the omission, or submitted a notice electing to file an appendix in lieu of a clerk's record pursuant to Rule of Appellate Procedure 34.5a.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam